UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:23-CR-59-REW-HAI

UNITED STATES OF AMERICA                                              PLAINTIFF

V.        **NOTICE REGARDING AGREEMENT IN PRINCIPAL
          WITH RESPECT TO DEFENDANTS FILINGS AT DE 80 AND 82**

**OMAR THOMAS WALA** and
**MICHAEL BASALYGA**                                                  DEFENDANTS

\* \* \* \* \*

Comes now the United States and submits that the Defendants have reached an agreement with the United States in which they will withdraw their filings at DE 80 and 82 and that the parties have likewise reached an agreement with respect to the amount of forfeiture money judgment. That agreement will be set out in a subsequent joint filing.

The government further submits that the May 31, 2024 hearing should still proceed as scheduled because there remain contested sentencing issues that overlap between defendants, and judicial economy is advanced by conducting a joint hearing to resolve those issues.

                                              Respectfully submitted,

                                              CARLTON S. SHIER, IV
                                              UNITED STATES ATTORNEY


                                        By:   s/ Gregory Rosenberg

Gregory Rosenberg
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, KY 40741
(859) 685-4822
Gregory.Rosenberg2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed this response, which will send notice to counsel of record.

s/ Gregory Rosenberg
Assistant United States Attorney