# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Southern Division at London

**EXHIBIT AND WITNESS LIST**

USA
V.
Omar Thomas Wala, et al.,
and Philbert Campbell

Case Number: 6:23-cr-59 and 24-cr-03

| PRESIDING JUDGE<br>Robert E. Wier, US District Judge | PLAINTIFF'S ATTORNEY<br>Gregory Rosenberg | DEFENDANTS ATTORNEYS<br>P. Petruzzi, R. McBride, G. Cariglio, E. Rudenberg, J. Kreiss, G. Alcaro and A. Goodman |
|---|---|---|
| Evidentiary Hearing<br>5/31/24 | Court Reporter<br>Elaine Haberer | Courtroom Deputy<br>Michelle Sliter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/31/24 | | X | Photo from Wala iCloud losing clientele because this is the 3rd time. |
| 2 | | 5/31/24 | | X | Photo from Wala iCloud "the press that is on them, it is kinda hard to move them people." |
| 3 | | 5/31/24 | | X | Photo from Wala iCloud "press on these is terrible. Can't see S903…" |
| 4 | | 5/31/24 | | X | Video – Screen recording of ezbars vendor page on AlphaBay (6/13/2022) |
| 5 | | 5/31/24 | | X | Video – Screen recording of ezbars Vendor Store on AlphaBay (6/13/22) |
| 6 | | 5/31/24 | | X | Video – Screen recording of ezbars purchase listing on AlphaBay (6/13/22) |
| 7 | | 5/31/24 | | X | Video – Boy they strong |
| 8 | | 5/31/24 | | X | Wala Basalyga Text Messages |
| | *1* | *5/31/24* | | | *Kyle Sizemore* |
| | W1 | *5/31/24* | | X | Plea Agreement 4:22-CR-258 US v. Verbowski |
| | W2 | *5/31/24* | | X | Plea Agreement 4:23-CR-481 (EDMO) – US v. Adams |
| | W3 | 5/31/24 | | X | FDA report NDC/67253-903 (Alprazolam 2 mg tablets -pricing chart) |
| | W4 | 5/31/24 | | X | Text messages between Wala and co-conspirator |
| | W5 | 5/31/24 | | X | Picture of a drug test performed on sample dated 4/2/19 |
| | W6 | 5/31/24 | | X | Text messages between Wala and Basalyga |
| | W7 | 5/31/24 | | X | Conversation between Basalyga and Wala (10/25) |
| | W8 | 5/31/24 | | X | Appl for a Search Warrant signed by Judge Adkins (22-MJ-6016) |
| | W9 | 5/31/24 | | X | Compilation of conversation(s) – text messages (Wala) |
| | W10 | 5/31/24 | | X | Illustrative exhibit (Dread convo) |
| | W11 | 5/31/24 | | X | FDA publication (drug safety communication) |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States of America | | vs. | Omar Wala, et al., and Philbert Cambpell | CASE NO. 6:23-cr-59 and 24-cr-03 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | W12 | 5/31/24 | | X | W.H.O publication (Critical Review Report) |
| | W13 | 5/31/24 | | X | W.H.O publication (Critical Review Report – Clonazolam) |
| | B1 | 5/31/24 | | X | Photo of DL of Travis Floyd Mento |
| | B2 | 5/31/24 | | X | Phoenix Lab Information System (Travis Menton) |
| 9 | | 5/31/24 | | X | Volume 88 of the Federal Register, number 142 from 7/26/203 (Rules and Regulations) |
| 10 | | 5/31/24 | | X | Wala text message to Basalyga (2017) |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**